UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO URANGA, ) | 3:10-cv-0014-RCJ (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 11, 2010 |
| ) | |
| UNITED STATES EQUAL ) | |
| EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Second Motion for Leave of Court to File Motion for an Extension of Time for Service of Process as to Defendant Kimberly H. Albro and Other Unserved Defendants and Court's Reconsideration on its Determination That There Shall be No Further Extensions Granted to Plaintiff and Motion for Reissuance of Summons and Complaint to be Served by Private Process Service (Doc. Nos. 51, 52, and 53).

Plaintiff's Second Motion for Leave of Court to File Motion for an Extension of Time for Service of Process as to Defendant Kimberly H. Albro and Other Unserved Defendants and Court's Reconsideration on its Determination That There Shall be No Further Extensions Granted to Plaintiff and Motion for Reissuance of Summons and Complaint to be Served by Private Process Service (Doc. Nos. 51, 52, and 53) is **GRANTED** to the extent that Plaintiff shall fourteen (14) days from the date of this order in which to effect service of process on Defendant Kimberly H. Albro. The Clerk of Court shall reissue a Summons for Defendant Kimberly H. Albro.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk