

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO URANGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:10-cv-00014-RCJ-RAM |
| vs. ) | |
| ) | |
| BRENT T. ADAMS et al., ) | ORDER |
| ) | |
| Defendants. ) | |

This case arises out of a sanctions order entered against Plaintiff in state court. Plaintiff sued the judge who issued the order, as well as former Governor Jim Gibbons, the Equal Employment Opportunity Commission, the Nevada Equal Rights Commission, and several other individuals and institutions. The Court previously granted five motions to dismiss and a motion for judgment on the pleadings. The remaining Defendants have filed motions to clarify that the case is dismissed as against them, as well. The Court grants these motions. No claim is stated against any Defendant, and amendment would be futile.

## CONCLUSION

IT IS HEREBY ORDERED that the Motions to Clarify (ECF Nos. 70, 74) are GRANTED.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

IT IS SO ORDERED.

Dated this 25th day of February, 2011.

_____
ROBERT C. JONES
United States District Judge